UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:98-cr-00108-HDM |
| | ) | 3:17-cv-00200-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATEO HERNANDEZ-DE LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

On August 29, 2018, the court received notice (#44) from the defendant that he had not received any communications from the court since this case was remanded from the Ninth Circuit Court of Appeals on June 25, 2018. After review, it is confirmed that the address listed on this court's docket for the defendant is correct but the identifying BOP Register Number for the defendant is incorrect. Accordingly, the Clerk of the Court shall change the BOP Register Number for the defendant from 433915-048 to 33915-048. Additionally, the Clerk of the Court shall send to the defendant a copy of the corrected docket sheet as well as a copy of CM/ECF entries #39-#44, in addition to a copy of this order.

Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit filed on May 2, 2018, defendant shall have an additional sixty (60) days from the date of this order to file

supplemental pleadings on his position on the timeliness of his 28 U.S.C. § 2255 motion.

    Thereafter, the United States of America shall have thirty (30) days to respond.

IT IS SO ORDERED.

    DATED: This 4th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE