# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>MATEO HERNANDEZ-DELUNA,<br><br>                Defendant. | 3:98-cr-00108-HDM<br>3:17-cv-00200-HDM<br><br>ORDER |

On May 9, 2017, this court entered an order denying Defendant's petition for relief under 28 U.S.C. § 2255. (ECF No. 28). On May 2, 2018, the Ninth Circuit Court of Appeals entered an order vacating this court's order and remanded for this court to allow Defendant an opportunity to present his position on the timeliness of his motion. (ECF NO. 39). On June 29, 2018, the court entered an order directing Defendant to file supplemental pleadings on his position on the timelines of his 28 U.S.C. § 2255 motion within sixty (60) days. (ECF No. 41). On August 29, 2018, Defendant submitted a letter to the court stating that he had not received any communications from the court since the case was remanded from the Ninth Circuit Court of Appeals. (ECF No. 44). On September 4, 2018 the court entered another order directing the Clerk of the Court to update the BOP Register Number for the

Defendant and send the Defendant a copy of the docket sheet. (ECF No. 45). Additionally, the court gave Defendant an additional sixty (60) days to file supplemental pleadings on his position on the timeliness of his 28 U.S.C. § 2255 motion. (*Id.*) There is no indication in the record that the Defendant did not receive this court's order of September 4, 2018.

As of this date, the Defendant has not filed supplemental pleadings as directed by the court. The court has provided Defendant great leeway to respond to this court's order, and Defendant has failed to do so. No facts have been presented to this court related to the timeliness of Defendant's 28 U.S.C. § 2255, and no just cause exists to further extend the time to file supplemental pleadings. Accordingly, Defendant's 28 U.S.C. § 2255 motion is denied. The Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: This 20th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE